CSP TECHNOLOGIES, INC., Appellant

v.

CLARIANT CORPORATION, Appellee

2015-2062

United States Court of Appeals,
Federal Circuit.

December 8, 2016

John Lloyd Abramic, Steptoe & Johnson, LLP, Chicago, IL, argued for appellant. Also represented by James Richard Nuttall, Katherine H. Johnson.

Sean M. Sullivan, Lee Sullivan Shea & Smith LLP, Chicago, IL, argued for appellee. Also represented by John Dan Smith III; Paula Fritsch, Paul Henry Berghoff, McDonnell, Boehnen, Hulbert & Berghoff, LLP, Chicago, IL.

(Moore, Reyna, and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED. *See* Fed. Cir. R. 36.**